# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA CEJA-CORONA,<br><br>    Plaintiff,<br><br>v.<br><br>CVS PHARMACY,<br><br>    Defendant.<br>_____/ | CASE NO. 1:12-cv-01703-AWI-SAB<br><br>ORDER GRANTING DEFENDANT OPPORTUNITY TO FILE SUPPLEMENTAL BRIEFING AND CONTINUING MOTION HEARING TO FEBRUARY 13, 2013 |

    On January 25, 2013, a hearing was held on Plaintiff's motion to remand this action to state court. During the hearing, the undersigned granted Defendant an opportunity to file supplemental briefing addressing the amount in controversy in this action. Accordingly,

    IT IS HEREBY ORDERED that:

1. Defendant's supplemental brief addressing the amount in controversy shall be filed on or before 5:00 p.m. on February 1, 2013;

2. Plaintiff's opposition brief shall be filed on or before 5:00 p.m. on February 8, 2013;

3. The hearing on Plaintiff's motion to remand is continued and a telephonic hearing shall be held before the undersigned on February 13, 2013, at 9:30 a.m. in Courtroom 9; and

///
///
///
///

1

4. The parties are to arrange for a conference call and, once all parties are on the line, shall initiate the telephonic hearing at **(559) 499-5200.**

IT IS SO ORDERED.

Dated: **January 25, 2013**                    /s/ **Stanley A. Boone**
                                    UNITED STATES MAGISTRATE JUDGE