# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA CEJA-CORONA, | CASE NO. 1:12-cv-01703-AWI-SAB |
| Plaintiff, | |
| | ORDER VACATING HEARING SET FOR FEBRUARY 13, 2012 |
| v. | |
| CVS PHARMACY, | |
| Defendant. | |

_____/

Plaintiff filed a motion to remand this action on December 4, 2012.  During the January 25, 2013 hearing on the motion, the parties were ordered to file supplemental briefing and a hearing was set for February 13, 2013.  The Court, having reviewed the record, finds this matter suitable for decision without oral argument, and the motion to remand is taken under submission.  *See* Local Rule 230(g).  Accordingly, the previously scheduled hearing set on February 13, 2012, is HEREBY VACATED and the parties will not be required to appear at that time.

IT IS SO ORDERED.

   **Dated:   February 11, 2013**

   UNITED STATES MAGISTRATE JUDGE