# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA CEJA-CORONA,<br><br>              Plaintiff,<br><br>    v.<br><br>CVS PHARMACY,<br><br>              Defendant.<br>_____/ | CASE NO. 1:12-cv-01703-AWI-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION TO REMAND AND FOR SANCTIONS<br><br>(ECF Nos. 6, 7, 13, 14, 20) |

This action was removed from the Superior Court of Stanislaus County on October 16, 2012. Plaintiff filed a motion to remand on December 4, 2012. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Following a hearing and additional briefing on the motion to remand, the Magistrate Judge filed a findings and recommendations on February 12, 2013, which was served on the parties and which contained notice that any objections were to be filed within thirty days. More than thirty days have passed an no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed February 12, 2013, is adopted in full;
2. Plaintiff's motion to remand and for sanctions, filed December 4, 2012, is DENIED; and

3.     This action is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:  March 27, 2013

_____
SENIOR  DISTRICT  JUDGE