# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LETICIA CEJA-CORONA, an individual,**<br><br>        **Plaintiff**<br><br>        v.<br><br>**CVS PHARMACY, INC., a Rhode Island Corporation; and DOES 1 through 50 inclusive,**<br><br>        **Defendant.** | **CASE NO. 1:12-CV-1703 AWI SAB**<br><br>**ORDER REFERRING PENDING MOTION FOR SUMMARY JUDGMENT TO MAGISTRATE JUDGE STANLEY A. BOONE**<br><br>**ORDER VACATING MARCH 31, 2014 HEARING DATE** |

Plaintiff has filed a complaint in which she alleges employment discrimination. Defendant as filed a motion for summary judgment. The Court finds that the pending motion should be referred to Magistrate Judge Stanley A. Boone for entry Findings and Recommendations pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.

Accordingly, it is HEREBY ORDERED that:

1. The pending motion for summary judgment is REFERRED to Magistrate Judge Stanley A. Boone;

2. The March 31, 2014 hearing before the undersigned is VACATED; and

3. If Magistrate Judge Boone desires a hearing on the pending motion, Magistrate Judge Boone's Chambers will contact the parties and set a hearing date at Magistrate Judge Boone's convenience.

IT IS SO ORDERED.

Dated:   March 6, 2014                                    _____
                                                                              SENIOR DISTRICT JUDGE