DAVID YEREMIAN & ASSOCIATES, INC.
DAVID YEREMIAN (SBN 226337)
david@yeremianlaw.com
HUGO E. GAMEZ (SBN 276765)
hugo@yeremianlaw.com
535 North Brand Boulevard, Suite 705
Glendale, California 91203
Telephone: (818) 230-8380
Facsimile: (818) 230-0308

Attorneys for Plaintiff
LETICIA CEJA-CORONA,

JODY A. LANDRY, Bar No. 125743
jlandry@littler.com
CARYN M. ANDERSON, Bar No. 247038
cmanderson@littler.com
LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA  92101.3577
Telephone:    619.232.0441
Facsimile:     619.232.4302

Attorneys for Defendant
CVS PHARMACY, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA CEJA-CORONA, an individual,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CVS PHARMACY, INC., a Rhode Island Corporation; and DOES 1 through 50 inclusive,<br><br>　　　　　　Defendant. | Case No. 12-cv-01703-AWI-SAB<br><br>**JOINT STIPULATION AND REQUEST TO CONTINUE HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF LETICIA CEJA-CORONA; [PROPOSED] ORDER**<br><br><br>Complaint Filed: September 13, 2012 |

JOINT STIPULATION TO CONTINUE
DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT

Case No. 12-CV-01703-AWI-SAB

1   IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Leticia Ceja-Corona ("Plaintiff") and Defendant CVS Pharmacy, Inc., ("Defendant"), through their respective counsel, as follows:

WHEREAS, Defendant filed its Motion for Summary Judgment ("MSJ") against Defendant as to Plaintiff Leticia Ceja-Corona on February 28, 2014;

WHEREAS, the hearing on the MSJ is currently set for April 2, 2014;

WHEREAS, Plaintiff's counsel is unavailable to attend the hearing on April 2, 2014;

WHEREAS, Plaintiff's counsel has not requested any prior extensions of time for responding to Defendant's MSJ;

WHEREAS, Defendant does not object to a brief continuance of the MSJ hearing to accommodate Plaintiff's counsel's schedule, and has agreed to continue the MSJ hearing from April 2, 2014 to April 23, 2014.

WHEREAS, Plaintiff and Defendant have agreed that Plaintiff's opposition will be due on April 2, 2014, and Defendant's reply will be due on April 17, 2014.

THEREFORE, it is stipulated and agreed as follows:

Subject to the Court's approval, the hearing on Defendant's Motion for Summary judgment, currently set for April 2, 2014, at 10:00 a.m., is continued to April 23, 2014, at 10:00 a.m. in Courtroom 2 of the above captioned court.

IT IS SO STIPULATED.

///

///

///

Dated: March 10, 2014

/s/ Hugo Gamez
DAVID YEREMIAN
HUGO GAMEZ
DAVID YEREMIAN & ASSOCIATES INC.
Attorneys for Plaintiff
LETICIA CEJA-CORONA

Dated: March 10, 2014

/s/ Caryn Anderson
JODY A. LANDRY
CARYN M. ANDERSON
LITTLER MENDELSON, P.C.
Attorneys for Defendant
CVS PHARMACY, INC.

## ORDER

Having reviewed and considered the foregoing Stipulation of the parties, and finding good cause therefor, the Court hereby orders as follows:

1. The hearing date on Defendant's MSJ, currently calendared for April 2, 2014 at 10:00 a.m., is continued to April 23, 2014 at 10:00 a.m.

2. Plaintiff's opposition is due on April 2, 2014, and Defendant's reply will be due on April 17, 2014.

IT IS SO ORDERED.

Dated: **March 11, 2014**

UNITED STATES MAGISTRATE JUDGE