UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA CEJA-CORONA, an individual,<br><br>            Plaintiff,<br><br>v.<br><br>CVS PHARMACY, INC., a Rhode Island Corporation; and DOES 1 through 50 inclusive,<br><br>            Defendant. | Case No. 12-cv-01703-AWI-SAB<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS PLAINTIFF'S FIRST CLAIM WITH PREJUDICE**<br><br><br>Complaint Filed:  September 13, 2012 |

### ORDER

Pursuant to the Joint Stipulation of the Parties, Plaintiff Leticia Ceja-Corona and Defendant CVS Pharmacy, Inc., to dismiss Plaintiff's first claim in her Complaint for violation of the California Family Rights Act,

The Court ORDERS that:

//

//

//

(1) Plaintiff's first claim for violation of the California Family Rights Act is hereby dismissed, with prejudice; and

(2) Neither party shall be considered a prevailing party under Federal Rule 54 or any other state or federal statute with respect to this claim.

IT IS SO ORDERED.

Dated:   April 1, 2014

_____
SENIOR DISTRICT JUDGE

LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA  92101.3577
619.232.0441

JOINT STIPULATION TO DISMISS FIRST CLAIM      2.      Case No. 12-CV-01703-AWI-SAB