UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA CEJA-CORONA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CVS PHARMACY, INC., a Rhode Island Corporation; and DOES 1 through 50 inclusive,<br><br>Defendant. | Case No. 12-cv-01703-AWI-SAB<br><br>**ORDER** |

**ORDER**

Having reviewed and considered the foregoing Stipulation of the parties, and finding good cause therefor, the Court hereby orders as follows:

1. The Pretrial Conference currently scheduled for May 28, 2014, at 8:30 a.m., is vacated; and
2. After the District Court Judge issues an order regarding the determination of Defendant's Motion for Summary judgment, if a Pretrial Conference is still required, the parties shall contact the Court to reset the Pretrial Conference, in which permits the parties sufficient time to prepare and timely submit the Joint Pretrial Statement required by Local Rule 281 and the Court's Scheduling Order dated April 8, 2013.

IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:   **May 12, 2014**

UNITED STATES MAGISTRATE JUDGE