# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA CEJA-CORONA, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>CVS PHARMACY, INC., a corporation and DOES 1 through 50, inclusive,<br><br>  Defendants.<br>_____/ | 1:13-cv-001703-AWI-SAB<br><br>**ORDER VACATING HEARING DATE AND TAKING MATTER UNDER SUBMISSION** |

On August 15, 2014, Plaintiff Leticia Ceja-Corona filed a motion for review of the Clerk's taxation of costs. Defendant CVS Pharmacy, Inc., filed an opposition on August 29, 2014. Plaintiff filed her reply on September 8, 2014. The motion for review of the Clerk's taxation of costs is set for hearing on September 15, 2014. Having reviewed the pleadings of record and all competent and admissible evidence submitted, the Court finds this matter suitable for decision without oral argument. *See* Eastern District Local Rule 230(g).  The hearing date of September 15, 2014 is hereby VACATED and the parties shall not appear at that time.  The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   September 9, 2014                    _____
                                                                    SENIOR  DISTRICT  JUDGE

1